JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TRACY L. McKINNEY, | No. CV 12-01342-CJC (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| GARY SWARTHOUT, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.


DATED: February 29, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE